JAMES A. PRESCOTT, Appellant, *v.* BUFFALO FIRE APPLIANCE CORPORATION, Respondent.

(Argued April 17, 1933; decided May 23, 1933.)

*Robert F. Dart* and *Oliver F. King* for appellant.
*R. R. Foster Piper* for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and CROUCH, JJ. Not sitting: KELLOGG and HUBBS, JJ.